DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL CARRION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-cr-0274 LJO |
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE AND [PROPOSED]<br>) ORDER THEREON |
| MIGUEL CARRION, | ) Date: December 12, 2011 |
| Defendant. | ) Time: 1:00 p.m.<br>) Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

YASHAR NILCHIAN, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

Defender, counsel for Defendant Miguel Carrion, that the date for status conference may be continued to

December 12, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set**

**for status conference is November 4, 2011 at 9:00 a.m. The requested new date is December 12,**

**2011 at 1:00 p.m.**

The defense believes that venue in this matter may properly lie in the Central District of

California but has not yet been able to obtain documentary proof of this matter. This continuance is

requested to allow additional time for investigation in an attempt to obtain documents that will establish

definitively in which district venue lies.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the

ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 2, 2011        By /s/ Yashar Nilchian
YASHAR NILCHIAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 2, 2011        By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Miguel Carrion

## O R D E R

**IT IS GRANTED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   November 2, 2011**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE